USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/26/2017

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**FREDKIEY HURLEY**, individually,

Case No. 16-cv-8567

**Plaintiff,**

v.

**UPRIGHTS HOLDINGS 547 LLC**
d/b/a **UPRIGHTS**, a New York for profit
corporation, and **547 HUDSON LLC**,
a New York for profit corporation,

**Defendants.**

### STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, by and among the undersigned counsel, that whereas no party hereto is an infant or incompetent person for whom committee has been appointed or conservatee and no person not a party has an interest in this subject matter of the action, that the above entitled action be dismissed *with prejudice*, without costs and attorney's fees to either party as against the other and that each party waives all rights of appeal with respect to such dismissal.

Respectfully submitted on April 21, 2017.

By: *[signature]*  
Adam C. Wilner, Esq.  
232 Madison Avenue, Ste 909  
New York, New York 10016  
Tel. No.: 212-953-2300  
Fax No.: 212-986-5994  
awilner@gwlawny.com  

By: *[signature]*  
Tara Demetriades, Esq.  
*Attorneys for Plaintiff*  
ADA Accessibility Associates  
1076 Wolver Hollow Road  
Oyster Bay, NY 11771  
Tel. No.: (516) 595-5009  
Fax No.: (516) 626-7704  

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of Stipulation for Dismissal has been served via the Court's CM/ECF filing system upon all parties of record on April 21, 2017.

SO ORDERED: 4/26/17

*[signature]*  
HON. PAUL A. ENGELMAYER  
UNITED STATES DISTRICT JUDGE